UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.* KATHLEEN
M. SIWICKI,

    Plaintiffs/Relator,

v.                                        Case No. 8:15-cv-987-T-27MAP

ARTHUR S. PORTNOW, M.D. and
ARTHUR S. PORTNOW M.D., P.A. d/b/a
APPLE MEDICAL AND CARDIOLOGY
GROUP,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the United States' Notice of Proposed Settlement (Dkt. 39). The government requests, with the Relator and Defendants' consent, that the Court administratively close this case pursuant to Local Rule 3.08(b) due to a proposed settlement. The notice does not state whether the State of Florida consents to administratively closing the case.

Accordingly, it is **ORDERED** that within seven (7) days of this Order, the State of Florida is directed to file a response to the government's notice stating whether it consents to administratively closing this case pursuant to Rule 3.08(b).

**DONE AND ORDERED** this 2nd day of October, 2017.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to: Counsel of record