# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.* KATHLEEN
M. SIWICKI,

    Plaintiffs/Relator,

v.                                                                                  Case No. 8:15-cv-987-T-27MAP

ARTHUR S. PORTNOW, M.D. and
ARTHUR S. PORTNOW M.D., P.A. d/b/a
APPLE MEDICAL AND CARDIOLOGY
GROUP,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the United States' Notice of Proposed Settlement (Dkt. 39). The government requests, with the Relator and Defendants' consent, that the Court administratively close this case pursuant to Local Rule 3.08(b) due to the proposed settlement. The State of Florida separately filed a notice of its consent to administratively closing the case and to a voluntary dismissal should the Relator chose to do so. (Dkt. 41).

Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this case is **DISMISSED *without prejudice*** and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. All pending motions, if any, are **DENIED *as moot*.** The Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

**DONE AND ORDERED** this \_\_\_3rd\_\_\_ day of October, 2017.

_/s/ J. Whittemore_
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record