UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.*
KATHLEEN M. SIWICKI,

    Plaintiffs,                                                          Case No. 8:15-cv-987-T-27MAP

v.

ARTHUR S. PORTNOW, M.D., and
ARTHUR S. PORTNOW M.D., P.A.
d/b/a APPLE MEDICAL AND
CARDIOLOGY GROUP,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the Settlement Agreement entered into between and among the United States, the relator Kathleen M. Siwicki (Relator), and defendants Arthur S. Portnow, M.D. and Arthur S. Portnow M.D., P.A., d/b/a Apple Medical and Cardiovascular Group, d/b/a Apple Medical Group (collectively, Portnow) dated November 30, 2017 (Settlement Agreement), the United States and the Relator hereby stipulate, through their undersigned counsel, to the entry of an Order dismissing all claims and allegations in the Relator's Complaint against Portnow with prejudice as to the Relator, but with prejudice as to the United States only as to the "Covered Conduct," as that term is defined in the Settlement Agreement, and otherwise without prejudice as to the United States.

The Relator, on behalf of herself, her heirs, successors, attorneys, agents and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate and reasonable under all the circumstances, that she will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that she expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The parties respectfully request that the Court enter an Order consistent with the attached proposed Order.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney
Middle District of Florida

Dated: November 30, 2017     By:     */s/ Christopher P. Tuite*
CHRISTOPHER P. TUITE
Assistant United States Attorney
Florida Bar No.125146
400 North Tampa St., Suite 3200
Tampa, FL  33602
Tel: (813) 274-6000
Fax: (813) 274-6200
christopher.tuite@usdoj.gov

*Counsel for the United States of America*

Dated: November 30, 2017        By:    */s/ John A. Yanchunis & James D. Young*
                                       JOHN A. YANCHUNIS
                                       Florida Bar No. 324681
                                       JAMES D. YOUNG
                                       Florida Bar No. 567507
                                       Morgan & Morgan
                                       Complex Litigation Group
                                       201 N. Franklin St., 7th Floor
                                       Tampa, Fl. 33602
                                       Tel: (813) 318-5169
                                       Fax: (813) 222-4793
                                       jyanchunis@forthepeople.com
                                       jyoung@forthepeople.com

                                       *Counsel for Relator Kathleen M. Siwicki*

Dated: November 30, 2017        By:    */s/ Bruce S. Rosenberg*
                                       BRUCE S. ROSENBERG
                                       Florida Bar No. 994782
                                       H. ALEXIS ROSENBERG
                                       Florida Bar No. 335400
                                       Rosenberg Law, P.A.
                                       2385 NW Executive Center Dr., Suite 100
                                       Boca Raton, FL 33431
                                       Tel: (561) 260-9100
                                       service@rosenberglawpa.com
                                       rosenberg@rosenberglawpa.com
                                       arosenberg@rosenberglawpa.com

                                       *Counsel for Defendants Arthur S. Portnow, M.D., and Arthur S. Portnow M.D., P.A., d/b/a Apple Medical and Cardiovascular Group, d/b/a Apple Medical Group*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of November, 2017, I caused the foregoing documents to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

*/s/ Christopher P. Tuite*
CHRISTOPHER P. TUITE
Assistant United States Attorney